FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 AUG -9 PM 3:43

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILMA R. JACKSON AND JOSEPH JACKSON, | CASE NO. 4:05 CV 03147 |
| Plaintiffs, | **ORDER** |
| vs. | |
| SOLOMON CORPORATION AND JOHN ROBERT ALLEN | |
| Defendants. | |

NOW ON THIS 9th day of Aug, 2005, this matter came before the Court upon the Joint Stipulation of the parties to transfer the above captioned matter to the U.S. District Court for the District of Kansas. The Court finds that the Joint Stipulation should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned matter is herewith transferred to the U.S. District Court for the District of Kansas.

BY THE COURT:

*[signature]*
United States Magistrate Judge